Cite as 2020 Ark. 185
# SUPREME COURT OF ARKANSAS

IN RE: ARKANSAS BAR
EXAMINATION JULY 2020 –DEADLINE
– COURTESY-SEATING APPLICANTS

**Opinion Delivered:** May 7, 2020

**PER CURIAM**

The Supreme Court of Arkansas, through the State Board of Law Examiners, has previously announced plans to administer the Arkansas Bar Examination on July 28 and 29, 2020, contingent on the status of the COVID-19 pandemic. Pursuant to Rule X of the Arkansas Supreme Court Rules Governing Admission to the Bar of Arkansas, the deadline for applying to sit for the July 2020 bar examination in Arkansas was April 1, 2020.

The Court recognizes that many law-school graduates have been affected by the decisions of other jurisdictions to limit the number of exam takers because of COVID-19. The Court has made the decision to allow for courtesy seating for the July 2020 examination with a deadline of Monday, June 1, 2020. This deadline is specifically for those individuals seeking to obtain a UBE score to transfer to another jurisdiction. Once the available seating capacity has been reached, no further applications will be accepted.

If the July examination cannot be administered, it will be rescheduled for dates in September.